CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

GARY W. SULLIVAN (SBN: 103162)
gwsullivanlaw@gmail.com
ATTORNEY AT LAW
1565 The Alameda, Suite 100
San Jose, California 95126
Telephone: (408) 971-1340
Facsimile: (408) 971-0478
Attorneys for Defendants
Matthew Lepow; Jenifer Lepow and Almaden Valley Nursery, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>　　　Plaintiff,<br><br>　v.<br><br>MATTHEW LEPOW;<br>JENIFER LEPOW;<br>ALMADEN VALLEY NURSERY,<br>INC., a California Corporation<br><br>　　　Defendants. | Case: 5:20-cv-08114-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 07, 2021     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
   Amanda Seabock
   Attorneys for Plaintiff

Dated: April 07, 2021     ATTORNEY AT LAW

By: /s/ Gary W. Sullivan
   Gary W. Sullivan
   Attorneys for Defendants
   Matthew Lepow; Jenifer Lepow and
   Almaden Valley Nursery, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Gary W. Sullivan, counsel for Matthew Lepow; Jenifer Lepow and Almaden Valley Nursery, Inc., and that I have obtained Mr. Sullivan's authorization to affix his electronic signature to this document.

Dated: April 07, 2021          CENTER FOR DISABILITY ACCESS

                               By: /s/ Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff