1  CENTER FOR DISABILITY ACCESS
2  Amanda Seabock, Esq., SBN 289900
   Prathima Price, Esq., SBN 321378
3  Dennis Price, Esq., SBN 279082
   Mail: 8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com
    Attorneys for Plaintiff
6
   GARY W. SULLIVAN (SBN: 103162)
7  gwsullivanlaw@gmail.com
   ATTORNEY AT LAW
8  1565 The Alameda, Suite 100
   San Jose, California 95126
9  Telephone: (408) 971-1340
   Facsimile: (408)971-0478
10
11 Attorneys for Defendants
   Matthew Lepow; Jenifer Lepow and Almaden Valley Nursery, Inc.
12

13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA

15 SCOTT JOHNSON                       Case: 5:20-cv-08114-BLF

16        Plaintiff,                   **JOINT STIPULATION FOR**

17   v.                                **DISMISSAL PURSUANT TO**

18 MATTHEW LEPOW;                      **F.R.CIV.P. 41 (a)(1)(A)(ii)**
   JENIFER LEPOW;
19 ALMADEN VALLEY NURSERY,
   INC., a California Corporation
20
          Defendants.
21

22

23

24

25

26

27

28

                              1

1 | <u>**STIPULATION**</u>

2

3    Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and

4  between the parties hereto that this action may be dismissed with prejudice

5  as to all parties; each party to bear his/her/its own attorneys' fees and costs.

6  This stipulation is made as the matter has been resolved to the satisfaction of

7  all parties.

8  Dated: April 07, 2021          CENTER FOR DISABILITY ACCESS

9

10                                By: <u>/s/ Amanda Seabock</u>
                                      Amanda Seabock
11                                    Attorneys for Plaintiff

12  Dated: April 07, 2021          ATTORNEY AT LAW

13                                By: <u>/s/ Gary W. Sullivan</u>
                                      Gary W. Sullivan
14                                    Attorneys for Defendants
                                      Matthew Lepow; Jenifer Lepow and
15                                    Almaden Valley Nursery, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation for Dismissal                    Case: 5:20-cv-08114-BLF

1

2

3

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Gary W. Sullivan, counsel for Matthew Lepow; Jenifer Lepow and Almaden Valley Nursery, Inc., and that I have obtained Mr. Sullivan's authorization to affix his electronic signature to this document.

Dated: April 07, 2021          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
     Amanda Seabock
     Attorneys for Plaintiff

3